UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Grayson & Associates, P.C.
Eric D. Grayson, Esq. (EDG 5056)
124 West Putnam Avenue, Second Floor
Greenwich, Connecticut 06830
(203) 622-8100
Attorneys for Defendant

_____x

KUDAN RICE MILLS, LTD.

       Plaintiff,                               08 Civ. 3699 (DLC)

    v.

JLM INTERNATIONAL, INC.                    April 29, 2008

       Defendant.
_____x

**DEFENDANT'S MOTION UNDER ADMIRALTY RULE E(4)(f)
TO VACATE THE EX PARTE ORDER OF ATTACHMENTS**

PLEASE TAKE NOTICE THAT upon the Letter Brief dated April 28, 2008, the attachments thereto, accompanying Supplemental Memorandum of Law, with attachments, any witnesses to be presented and pleadings heretofore had herein, Defendant will move this Court before the Honorable Richard P. Patterson, United States Courthouse, 500 Pearl Street, Part I Courtroom, New York, New York on the 29th day of April, 2008 at 3:00 o'clock in the a.m., or as soon thereafter as the parties can be heard, for an order pursuant to Supplemental Rules B and E(4)(f) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure vacating the Ex Parte Order of Maritime Attachment dated April 22, 2008, for lack of subject matter jurisdiction, and all Process of Maritime Attachment and Garnishment obtained and served by Plaintiff pursuant thereto.

Dated: April 29, 2008

_____
Grayson & Associates, P.C.
Eric D. Grayson, Esq. (EDG 5056)
124 West Putnam Avenue, Second Floor
Greenwich, Connecticut 06830
(203) 622-8100
Attorneys for Plaintiff

Certificate of Service

I hereby certify that a copy of the attached was served by the Court's ECF service on all appropriate parties and by first class mail, postage prepaid on April 29, 2008, on those parties to whom ECF filing in not available.

Eric D. Grayson

Service on:

Kevin Lennon, Esq.
Nancy Peterson, Esq.
Lennon Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170