```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KUNDAN RICE MILLS LTD.,                :       08 CV 3699 (DLC)

           Plaintiff,                       :       ECF CASE

JLM INTERNATIONAL, INC.,               :

           Defendant.                      :
------------------------------------------------------------X

## STIPULATION AND ORDER TO HOLD ACTION IN ABYEANCE, RELEASE OF FUNDS, RETURN SECURITY DEPOSIT, ESTABLISH ESCROW AGREEMENT AND PROCEED TO ARBITRATION

It is hereby stipulated and agreed as follows:

1. The parties agree that this action will be held in abeyance until the completion of the parties' arbitration. Defendant reserves all of its right to contest the Court's admiralty jurisdiction and all other aspects of the complaint as filed;

2. The attachment is hereby vacated and all garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment;

3. Plaintiff agrees to promptly instruct all garnishees to release any and all of Defendant's funds restrained;

4. Defendant agrees to promptly refund one-half of Plaintiff's $100,000 security deposit and to return the $50,000 to Plaintiff in a Euro denominated wire remittance in the current Euro equivalent of $50,000;

5. Defendant agrees to promptly transfer $50,0000, representing the balance of Plaintiff's $100,000 security deposit, to its undersigned counsel to be held in an interest bearing escrow account pending the outcome of the parties' New York arbitration;

6. The $50,000 to be held in escrow shall be the subject of a joint escrow agreement

whereby no portion of the funds shall be withdrawn, transferred or otherwise impaired except upon written consent of the parties' undersigned counsel who shall acts as joint trustees of the escrowed funds, or upon written award of the Arbitrators and/or Order of a Court of Competent Jurisdiction; and

7. Defendant agrees appear within the arbitration commenced by Plaintiff by nominating its arbitrator no later than the close of business on Friday, May 9, 2008.

Dated: April 29, 2008
    New York, New York

| The Plaintiff,<br>KUNDAN RICE MILLS LTD.<br><br>By: /s/ Kevin J. Lennon<br>Kevin J. Lennon<br>LENNON, MURPHY & LENNON, LLC<br>The GrayBar Building<br>420 Lexington Ave., Suite 300<br>New York, NY 10170<br>(212) 490-6050<br>(212) 490-6070 fax<br>kjl@lenmur.com | The Defendant,<br>JLM INTERNATIONAL INC.<br><br>By: /s/ Eric D. Grayson<br>Eric D. Grayson<br>GRAYSON & ASSOCIATES, P.C.<br>124 West Putnam Avenue, 2nd Floor<br>Greenwich, CT 06830<br>(203) 622-1800<br>(203) 622-8104<br>ericgrayson@grayson-law.com |
|---|---|

April 29, 2008
SO ORDERED:

/s/ Denise Cote
U.S.D.J.

Part I

2

```
MODE = MEMORY TRANSMISSION           START=APR-29 17:10    END=APR-29 17:12

   FILE NO.=272

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES       DURATION

  001      OK        &       912036228104           002/002     00:00:19
  002      OK        &       912124906070           002/002     00:00:20
  003      OK        &       912124906070           002/002     00:00:20
```

                                                    -CHAMBERS JUDGE PATTERSON -

************************************** -US DIST COURT   - ***** -    212 805 7917- **********

UNITED STATES DISTRICT COURT
United States Courthouse
500 Pearl Street
New York, NY 10007

Chambers of
Robert P. Patterson, Jr.
District Judge

## FACSIMILE COVER SHEET
### CANON L700

TEL. NUMBER: 212-805-0238
FAX NUMBER: 212-805-7917

**DATE:**  April 29, 2008

**Case:**  Kudan Rice Mills Ltd. v. JLM International, Inc.
**Index No.**  08 Civ. 3699 (DLC)

**TO:**   Eric D. Grayson          Fax No. 203-622-8104
          Kevin J. Lennon          Fax No. 212-490-6070
          Nancy R. Peterson        Fax No. 212-490-6070

**FROM:**  JUDGE PATTERSON'S CHAMBERS, Kathleen Howley, Secy.

There are 3 pages being transmitted, including this cover page. If there are any questions, please call 212-805-0238.