

# Lennon, Murphy & Lennon, LLC

**ATTORNEYS AT LAW**



RECEIVED
MAY - 8 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd. Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

May 8, 2008

┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: 5/8/08               │
└─────────────────────────────────┘

**_Via Facsimile (212) 805-7917_**
Hon. Richard P. Patterson
United States District Judge
United States District Court
500 Pearl Street, Room 2550
New York, NY 10007

Re: **Kundan Rice Mills Ltd. v. JLM International, Inc.**
Docket No. 08 Civ. 3699 (DLC)
Our ref:      08-1354

# MEMO ENDORSED

Dear Judge Patterson:

We represent the Plaintiff, Kundan Rice Mills Ltd., in the above referenced action. We attach a courtesy copy of the parties' Stipulation signed by your Honor last week which had the effect of voluntarily vacating Plaintiff's maritime attachment and staying this action.

The attached stipulation was agreed to at JLM International's insistence in *less* than a working day despite the fact that Plaintiff is based in India and while the undersigned was heavily engaged in preparing for a trial before Chief Judge Robert N. Chatigny in the District of Connecticut that only concluded yesterday. The stipulation was agreed on the express condition that JLM International would "promptly" remit to Plaintiff $50,000 (in a Euro denominated wire transfer) and also establish a $50,000 escrow account pending the outcome of the parties' arbitration. JLM International has failed to remit payment or establish an escrow over a week since the stipulation was agreed.

JLM International's counsel, Mr. Grayson, reading below in copy, has advised the undersigned in an email sent on Tuesday that he is "looking into" the situation. A message left this morning has not been returned. Plaintiff fails to see what needs to be "looked into." We request your Honor order JLM to comply with the terms of the stipulation immediately.

We thank your Honor for his time and attention to this matter and regret that JLM International's failure to abide by its agreement requires us to contact the Court. We are available to discuss this matter at any time convenient to the Court.

Respectfully submitted,

*[signature]*
Kevin J. Lennon

*So ordered,*
*[signature]*
*Robert P. Patterson*
*USDJ*
*5/8/08. 1 P.M.*

*Part I*

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy

KJL/bhs
Enclosure


cc:   **_Via Hand Delivery_**
      Hon. Denise L. Cote
      United States District Judge
      United States District Court
      500 Pearl Street, Room 1040
      New York, NY 10007

      **_Via Facsimile (203) 622-8104_**
      Eric D. Grayson, Esq.
      Grayson & Associates, P.C.
      12 West Putnam Avenue, 2nd Floor
      Greenwich, CT  06830

Case 1:08-cv-03699-DLC    Document 10    Filed 04/29/2008    Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KUNDAN RICE MILLS LTD.,                    :    08 CV 3699 (DLC)

                            Plaintiff,     :    ECF CASE

JLM INTERNATIONAL, INC.,                   :

                            Defendant.     :
-----------------------------------------------------------------X

### STIPULATION AND ORDER TO HOLD ACTION IN ABEYANCE, RELEASE OF FUNDS, RETURN SECURITY DEPOSIT, ESTABLISH ESCROW AGREEMENT AND PROCEED TO ARBITRATION

It is hereby stipulated and agreed as follows:

1.    The parties agree that this action will be held in abeyance until the completion of the parties' arbitration. Defendant reserves all of its right to contest the Court's admiralty jurisdiction and all other aspects of the complaint as filed;

2.    The attachment is hereby vacated and all garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment;

3.    Plaintiff agrees to promptly instruct all garnishees to release any and all of Defendant's funds restrained;

4.    Defendant agrees to promptly refund one-half of Plaintiff's $100,000 security deposit and to return the $50,000 to Plaintiff in a Euro denominated wire remittance in the current Euro equivalent of $50,000;

5.    Defendant agrees to promptly transfer $50,0000, representing the balance of Plaintiff's $100,000 security deposit, to its undersigned counsel to be held in an interest bearing escrow account pending the outcome of the parties' New York arbitration;

6.    The $50,000 to be held in escrow shall be the subject of a joint escrow agreement

whereby no portion of the funds shall be withdrawn, transferred or otherwise impaired except upon written consent of the parties' undersigned counsel who shall acts as joint trustees of the escrowed funds, or upon written award of the Arbitrators and/or Order of a Court of Competent Jurisdiction; and

7.      Defendant agrees appear within the arbitration commenced by Plaintiff by nominating its arbitrator no later than the close of business on Friday, May 9, 2008.

Dated: April 29, 2008
       New York, New York

| The Plaintiff, | The Defendant, |
|---|---|
| KUNDAN RICE MILLS LTD. | JLM INTERNATIONAL INC. |
| By: *(signature)* | By: *(signature)* |
| Kevin J. Lennon | Eric D. Grayson |
| LENNON, MURPHY & LENNON, LLC | GRAYSON & ASSOCIATES, P.C. |
| The GrayBar Building | 124 West Putnam Avenue, 2nd Floor |
| 420 Lexington Ave., Suite 300 | Greenwich, CT 06830 |
| New York, NY 10170 | (203) 622-1800 |
| (212) 490-6050 | (203) 622-8104 |
| (212) 490-6070 fax | ericgrayson@grayson-law.com |
| kjl@lenmur.com | |

April 29, 2008
SO ORDERED:

*(signature)*
U.S.D.J.

Part I