UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KUNDAN RICE MILLS LTD.,                  :     08 CV 3699 (DLC)

                       Plaintiff,     :     ECF CASE

JLM INTERNATIONAL, INC.,                 :

                       Defendant.    :
------------------------------------------------------------------X

      PLEASE TAKE NOTICE, there having been no Answer from the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

Dated: April 22, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/09

MEMO ENDORSED

The Plaintiff,
KUNDAN RICE MILLS LTD.

By: /s/ Kevin J. Lennon
Kevin J. Lennon

LENNON, MURPHY & LENNON, LLC
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – facsimile
kjl@lenmur.com

*The plaintiff shall notify all garnishees by April 27, 2009 that the April 22, 2008 is hereby vacated. The Clerk of Court shall close the case.*

/s/ Denise Cote
April 23, 2009